

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Debra Carter,

No. 11-22-00127-CV

AgAmerica AV1, LLC,

\* From the County Court
of Comanche County,
Trial Court No. 3449.

\* April 25, 2024

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.